CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELAINE NEREZIG, et al.        )
                              )
            Plaintiff         )
                              )
       v.                     )    Civil Case Number 07-2012 (RMU)
                              )
NOVARTIS PHARMACEUTICALS      )    Category    B
    CORPORATION, et al.       )
                              )
            Defendant         )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on December 10, 2007 from Judge John D. Bates to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee


cc:    Judge Bates & Courtroom Deputy
       Judge Urbina & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk ✓