CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELAINE NEREZIG, et al. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 07-2012 (RCL) |
| | ) | |
| NOVARTIS PHARMACEUTICALS CORP., et al. | ) | Category    B |
| | ) | |
| Defendant | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>December 11, 2007</u> from <u>Judge Ricardo M. Urbina</u> to <u>Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Urbina</u> & Courtroom Deputy
      <u>Judge Lamberth</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk

Case 1:07-cv-02012-RCL    Document 3    Filed 12/11/2007    Page 2 of 2