

A CERTIFIED TRUE COPY

JAN 2 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 3 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION**

Elaine Nerzig, et al. v. Novartis Pharmaceuticals Corp., et al.,     )
D. District of Columbia, C.A. No. ▓▓▓▓▓     )     MDL No. 1760

MDTN #
3:08-cv-0020

**CONDITIONAL TRANSFER ORDER (CTO-59)
AND SIMULTANEOUS SEPARATION AND REMAND
OF CERTAIN CLAIMS**

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 296 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the action on this conditional transfer order comprises claims relating to: (1) the prescription drugs Aredia and/or Zometa, which involve questions of fact that are common to the previously transferred MDL No. 1760 actions; and (2) a prescription drug(s) other than Aredia and/or Zometa, which do not involve such common questions of fact.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell

All claims in this action except Aredia and/or Zometa claims are separated and simultaneously remanded, under 28 U.S.C. § 1407(a), to the District of District of Columbia.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN - 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By
Deputy Clerk